STATE of Missouri, Respondent,

v.

Boyce BLANCHARD, Appellant.

No. ED 97564.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 26, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 2, 2013.

Application for Transfer Denied June 25, 2013.

Gwenda Renee Robinson, St. Louis, MO, for appellant.

Chris Koster, Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Boyce Blanchard appeals from the judgment of the trial court entered after a jury convicted him of two counts of possession of a controlled substance.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).